ACCEPTED
03-15-00292-CV
6367541
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 1:37:11 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00292-CV

---

## IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL DISTRICT OF TEXAS AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 1:37:11 PM
JEFFREY D. KYLE
Clerk

---

CITY OF AUSTIN,
*Appellant – Defendant*,

v.

JENNIFER FRAME, Individually and as Personal Representative
of the Estate of John William Griffith, et al.,
*Appellees – Plaintiffs*.

---

**Appeal from the 53rd Judicial District Court of Travis County, Texas**
Cause No. D-1-GN-12-003557

---

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

---

Appellees Jennifer Frame, Individually and as Personal Representative of the Estate of John William Griffith, Greg Griffith, Cheryl Burris, and Diana Pulido file this unopposed motion for extension of time to file their response brief, and in support therefore would respectfully show as follows:

1. The current deadline for Appellees to file their response brief is August 12, 2015.

2. Appellees seek a 14-day extension to file its response brief, making its brief due on or before August 26, 2015.

3. Counsel for Appellees has been heavily involved in numerous highly complex matters in both state and federal court. This request is not for delay only, but so that Appellees' positions and arguments may be fully developed and presented to this Court in a concise and persuasive fashion.

4. This is the second request to extend the deadline for Appellees' response brief.

5. Counsel for Appellees has conferred with Counsel for the City of Austin, who indicated she is unopposed to Appellees' request for an extension of time to file their response brief.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully request an order granting their Unopposed Motion for Extension of Time to File Response Brief so that Appellees' response brief is due on or before August 26, 2015, and for such other and further relief to which they may be justly entitled.

Dated: August 5, 2015

Respectfully submitted,

HOWRY BREEN & HERMAN, LLP

_____

Sean E. Breen
State Bar No. 00783715
sbreen@howrybreen.com
HOWRY BREEN & HERMAN, L.L.P.
1900 Pearl Street
Austin, Texas 78705
Tel. (512) 474-7300
Fax (512) 474-8557

Mike Davis
State Bar No. 05549500
mdavis@slackdavis.com
SLACK & DAVIS, L.L.P.
2705 Bee Cave Road, Suite 220
Austin, Texas 78746
Tel. (512) 795-8686
Fax (512) 795-8787

*Attorneys for Appellees*

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 5, 2015, I conferred with Counsel for Appellant by e-mail regarding the relief sought by this motion, and she indicated the motion is unopposed.

_____

Sean E. Breen

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was delivered on August 5, 2015, in compliance with Rules 9.5(b) of the Texas Rules of Appellate Procedure, to the parties listed and in the manner indicated below.

Chris Edwards
Assistant City Attorney
City of Austin - Law Department
P.O. Box 1546
Austin, Texas 78767-1546
Tel. (512) 974-2419
Fax (512) 974-1311
chris.edwards@austintexas.gov

✓ Electronic service
□ In person
□ Registered mail, return receipt requested
□ Commercial delivery service
□ Facsimile
✓ Electronic mail

*Attorney for Defendant – Appellant*
*City of Austin*

_____
Sean B. Breen